# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTY DECARLOS DUNBAR, ) | |
|           Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 09-245 E |
| ) | Magistrate Judge Maureen P. Kelly |
| M. BARONE, E.J. WOJCIK, ) | |
| K.I. GRANLUND, M. OVERMYER, ) | |
| T. RISKUS, E. MONGELLUZZO, DUNCAN ) | |
| C. CUSTER, HALL, REITZ, FLOCKERZI, ) | Re: ECF No. 56 |
| K.P. REISINGER, C. KENNEDY, ) | |
| ROBERT DOE, and JOHN DOE, ) | |
|           Defendants. ) | |

## ORDER

AND NOW, this 27th day of January 2012, the Moving Defendants' Motion for Summary Judgment is GRANTED. All pending motions are hereby DENIED as moot. The Clerk is to mark the case closed.

BY THE COURT,

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:

MARTY DECARLOS DUNBAR
CM-9649
SCI FOREST
PO BOX 945
MARIENVILLE, PA 16239

All Counsel of Record via CM-EC