**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTY DECARLOS DUNBAR, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 09-245 E |
| | ) | Magistrate Judge Maureen P. Kelly |
| M. BARONE, E.J. WOJCIK, | ) | |
| K.I. GRANLUND, M. OVERMYER, | ) | |
| T. RISKUS, E. MONGELLUZZO, DUNCAN | ) | |
| C. CUSTER, HALL, REITZ, FLOCKERZI, | ) | Re: ECF No. 56 |
| K.P. REISINGER, C. KENNEDY, | ) | |
| ROBERT DOE, and JOHN DOE, | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

AND NOW, this 27th day of January 2012, the Moving Defendants' Motion for Summary

Judgment is GRANTED.    All pending motions are hereby DENIED as moot.  The Clerk is to

mark the case closed.

BY THE COURT,


<u>/s/ Maureen P. Kelly</u>
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE


cc:

MARTY DECARLOS DUNBAR
CM-9649
SCI FOREST
PO BOX 945
MARIENVILLE, PA 16239


All Counsel of Record via CM-EC